IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICLEAN GLEASON, LLP,

    Plaintiff,

v.

NORTHEASTERN PLASTICS INC, et al.,

    Defendants.

No. C 15-02767 JSW

**ORDER GRANTING AS UNOPPOSED MOTION FOR MORE DEFINITE STATEMENT**

Now before the Court for consideration is the motion for a more definite statement, filed by Defendant Real America Corporation. In its opposition, Plaintiff states that "to prevent further delay, Miclean Gleason will file an Amended Complaint before or on a date directed by the Court in its forthcoming order." (Opp. Br. at 5:16-17.) Based on Plaintiff's willingness to file an amended complaint, the Court GRANTS the motion as unopposed, and it VACATES the hearing scheduled for August 14, 2015.

Plaintiff shall file and serve an amended complaint by August 7, 2015, and Defendants shall answer or otherwise respond by August 28, 2015.[1]

**IT IS SO ORDERED.**

Dated: July 28, 2015

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's opposition brief expounds on a number of potential discovery disputes. The Court HEREBY REFERS the parties to its Civil Standing Order ¶ 8.