DAVID J. MICLEAN (SBN 115098)
Email: dmiclean@micleangleason.com
GARY R. GLEASON (SBN 136167)
Email: ggleason@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue Suite 310
San Mateo, CA  94402
Office: (650) 684-1181
Fax: (650) 684-1182

Attorneys for:  Plaintiff
MICLEAN GLEASON LLP

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICLEAN GLEASON LLP,<br><br>        Plaintiff,<br>   v.<br><br>NORTHEASTERN PLASTICS, INC.;<br>AMERICAN INTERNATIONAL<br>INDUSTRIES, INC., REALAMERICA<br>CORPORATION; and DOES 2 through 5,<br>inclusive,<br><br>        Defendants. | Case No. 3:15-cv-02767-JW<br><br>[~~PROPOSED~~] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME FOR CERTAIN PRETRIAL MATTERS  AS MODIFIED<br><br>PURSUANT TO CIVIL L.R. 6-3 and 7-10 |

Having reviewed the Joint *Ex Parte* Application to extend the close of fact discovery and the last day to file dispositive motions, the Court GRANTS Plaintiff's unopposed *Ex Parte* Application, and the new deadline for the close of fact discovery is February 29, 2016 and the last ~~day~~ hear to file dispositive motions is April ~~8~~ 15, 2016.

**IT IS SO ORDERED.**

Dated: January 25, 2016                           _____
                                                                    JEFFREY S. WHITE
                                                                    UNITED STATES DISTRICT JUDGE

1

~~PROPOSED~~ ORDER GRANTING EX PARTE APPLICATION                    CASE NO. 3:15-CV-02767-JW