IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GLEASON LLP,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHEASTERN PLASTICS, INC. ET AL.,<br><br>    Defendants.<br>_____/ | No. C 15-02767 JSW<br><br>**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT AND INDICATING RULING IN ANTICIPATION OF SETTLEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for summary judgment which has been noticed for hearing on Friday, April 15, 2016 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

However, the Court is cognizant that a settlement conference is scheduled on April 21, 2015 before Magistrate Judge Laurel Beeler which may resolve this matter. In order to advance the resolution of this litigation and in the interests of conservation of judicial resources, the parties are advised that the Court intends to DENY the motion for summary judgment, with a detailed order to follow should the parties not resolve their differences before the Magistrate Judge on April 21, 2016.

**IT IS SO ORDERED.**

Dated: April 4, 2016

                                                                               JEFFREY S. WHITE<br>                                                                               UNITED STATES DISTRICT JUDGE