DAVID J. MICLEAN (SBN 115098)
dmiclean@miclangleason.com
GARY R. GLEASON (SBN 136167)
ggleason@micleangleason.com
CARMEN M. AVILES (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue Suite 310
San Mateo, CA 94402
Office: (650) 684-1181
Fax: (650) 684-1182

Attorneys for Plaintiff
MICLEAN GLEASON LLP

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICLEAN GLEASON LLP,<br><br>　　　　Plaintiff,<br>　v.<br><br>NORTHEASTERN PLASTICS, INC.; AMERICAN INTERNATIONAL INDUSTRIES, INC., REALAMERICA CORPORATION; and DOES 2 through 5, inclusive,<br><br>　　　　Defendants. | **Case No. 3:15-cv-02767-JW**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO WAIVE JURY TRIAL AND MODIFY THE TRIAL DATE** |

1  Having considered the joint stipulation of the parties, and good cause therefrom
2  appearing, **IT IS SO ORDERED:**
3  **YOU ARE HEREBY NOTIFIED that on** August 1, 2016 at 2:00 pm, in
4  Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California,
5  the HONORABLE JEFFREY S. WHITE will conduct the **Pretrial Conference**, ~~previously~~
6  ~~noticed for August 1, 2016 in this matter~~. **Bench Trial** will commence on
7  August 23, 2016 at 8:00 A.M, having been continued from the **Jury Trial** previously set
8  for August 22, 2016.

Dated: April 26, 2016

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE