1
2
3
4                        UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7   MICLEAN GLEASON LLP,                    Case No.  15-cv-02767-JSW
8              Plaintiff,
                                            **ORDER DIRECTING PARTIES TO**
9        v.                                 **TAKE ACTION OR APPEAR FOR**
                                            **PRETRIAL CONFERENCE**
10  NORTHEASTERN PLASTICS, INC., et al.,
11             Defendants.
12
13       This matter is set for a pretrial conference on Monday, August 1, 2016.  The Court has
14  been advised that the matter has settled.  However, the parties have not submitted a dismissal or a
15  request to continue or vacate the pretrial conference.  Unless the Court receives one of those
16  documents by 10:00 a.m. on Friday, July 29, 2016, the parties shall appear as schedule on August
17  1, 2016.
18       **IT IS SO ORDERED.**
19  Dated: July 28, 2016

                                            _____
                                            JEFFREY S. WHITE
                                            United States District Judge