GARY R. GLEASON (SBN 136167)
ggleason@micleangleason.com
CARMEN M. AVILES (SBN 251993)
caviles@micleangleason.com
MICLEAN GLEASON LLP
411 Borel Avenue, Suite 310
San Mateo, CA 94402
Telephone: (650) 684-1181
Facsimile: (650) 684-1182

Attorneys for Plaintiff
MICLEAN GLEASON LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICLEAN GLEASON LLP, <br><br> Plaintiff, <br><br> v. <br><br> NORTHEASTERN PLASTICS, INC.; AMERICAN INTERNATIONAL INDUSTRIES, INC.; REALAMERICA CORPORATION; AND DOES 2 TO 5, <br><br> Defendants. | Case No. 4:15-cv-02767-JSW <br><br> **RULE 41(a) STIPULATION AND ORDER OF VOLUNTARY DISMISSAL** |

**RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL**

NOW INTO COURT, through undersigned counsel, come Plaintiff MICLEAN GLEASON LLP and Defendants NORTHEASTERN PLASTICS, INC.; AMERICAN INTERNATIONAL INDUSTRIES, INC.; REALAMERICA CORPORATION (collectively the "PARTIES"), who each and all do hereby stipulate and agree that this matter has been amicably resolved, and that the above referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses, excepting that:

Hon. Laurel Beeler of the United States District Court, Northern District of California, San Francisco Division shall retain jurisdiction to summarily enforce the settlement agreement of the parties, dated July 20, 2016 ("the AGREEMENT"), which shall be incorporated by reference into the order dismissing the action.  The Court's jurisdiction shall include, but not be limited to summarily entering judgment upon the breach of the AGREEMENT by any of any of the parties to this action and/or Mr. Daniel Dror.

WHEREFORE, the parties pray that this Court issue an order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

SUBMITTED AND APPROVED:

Dated:  July 29, 2016     MICLEAN GLEASON, LLP

By:   /s/
_____
GARY GLEASON
Attorneys for MICLEAN GLEASON LLP


Dated:  July 29, 2016     CAMARA & SIBLEY LLP

By:   /s/
_____
JOE SIBLEY (*pro hac vice*)
Attorneys for  NORTHEASTERN PLASTICS, INC.;
AMERICAN INTERNATIONAL INDUSTRIES, INC.;
REALAMERICA CORPORATION

**ORDER**

Having considered the stipulation of the parties set forth above, and good cause therefrom appearing,

IT IS HEREBY ORDERED:

This case is dismissed with prejudice, with each party hereto to bear its own costs and expenses, excepting that:

> Hon. Laurel Beeler of the United States District Court, Northern District of California, San Francisco Division shall retain jurisdiction to summarily enforce the settlement agreement of the parties, dated July 20, 2016 ("the AGREEMENT"), which is hereby incorporated by reference into this order. The Court's jurisdiction shall include, but not be limited to, summarily entering judgment upon the breach of the AGREEMENT by any of any of the parties to this action and/or Mr. Daniel Dror.

Dated: July 29, 2016

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE